IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

JAMES W. GARY                                                                              PLAINTIFF

V.                               NO. 2:12CV00001-JTR

MICHAEL J. ASTRUE,                                                                    DEFENDANT
Commissioner, Social
Security Administration

## ORDER

Plaintiff's Motion for Extension of Time (docket entry #11) is GRANTED.

Plaintiff's Brief is due on or before May 30, 2012.

DATED this 1st day of May, 2012.

_____
UNITED STATES MAGISTRATE JUDGE